IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) C.A. No. 05-95E ) ) |
| BRENDA L. HAND a/k/a BRENDA L. BRYNDEL, | ) ) ) |
| Defendants. | ) ) ) |

PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

**TO:** **The Clerk of the U.S. District Court for the Western District of Pennsylvania**

Kindly enter the default of the Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears in the affidavit of Gary W. Darr, Esquire hereto attached.

McGRATH & ASSOCIATES, P.C.

By: _____
Gary W. Darr, Esquire
PA I.D. No.: 90857
1500 Union Bank Building
306 Fourth Avenue
Pittsburgh, Pennsylvania 15222
Telephone 412-281-4333

AND NOW, This _____ day of _____, 2005 pursuant to request to enter default and affidavit filed, default is hereby entered against Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, for failure to plead or otherwise defend.

_____
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) C.A. No. 05-95E |
| BRENDA L. HAND a/k/a BRENDA L. BRYNDEL, | ) |
| Defendant. | ) |

### AFFIDAVIT FOR ENTRY OF DEFAULT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | )  SS: |
| COUNTY OF ALLEGHENY | ) |

Gary W. Darr, Esquire, being duly sworn according to law, deposes and says that:

1. He is the counsel for Plaintiff, the United States of America, in the above-captioned action;

2. Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, was served with the Summons and Complaint on May 5, 2005, by Certified U.S. Mail pursuant to Fed. R. Civ. P. 4(e) and Pa. R. Civ. P. 404;

3. The time within which Defendant may answer or otherwise move as to the Complaint has expired;

4. Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, is not in the military service of the United States to the best of Plaintiff's knowledge and belief; and

5. Defendant has not answered or otherwise moved and that the time for Defendant to answer or otherwise move has not been extended.

*Sworn to and subscribed to before me this* \_\_\_\_14th\_\_\_\_ *day of July, 2005.*

_____
Notary Public

*My commission Expires:*

```
Notarial Seal
Ramae-Jane Mazza, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 2, 2006
Member, Pennsylvania Association of Notaries
```

McGRATH & ASSOCIATES, P.C.

By: _____
Gary W. Darr, Esquire
PA I.D. No.: 90857
1500 Union Bank Building
306 Fourth Avenue
Pittsburgh, Pennsylvania 15222
412-281-4333