IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-95E |
| vs. | ) |
| | ) |
| BRENDA L. HAND a/k/a | ) |
| BRENDA L. BRYNDEL, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

**TO: The Clerk of the U.S. District Court for the Western District of Pennsylvania**

Kindly enter the default of the Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears in the affidavit of Gary W. Darr, Esquire hereto attached.

McGRATH & ASSOCIATES, P.C.

By: _____
Gary W. Darr, Esquire
PA I.D. No.: 90857
1500 Union Bank Building
306 Fourth Avenue
Pittsburgh, Pennsylvania 15222
Telephone 412-281-4333

AND NOW, This _____ day of _____, 2005 pursuant to request to enter default and affidavit filed, default is hereby entered against Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, for failure to plead or otherwise defend.

_____
Clerk