IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-95E |
| vs. | ) | |
| | ) | |
| BRENDA L. HAND a/k/a | ) | |
| BRENDA L. BRYNDEL, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT FOR ENTRY OF DEFAULT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | ) |
| | )   SS: |
| COUNTY OF ALLEGHENY | ) |

Gary W. Darr, Esquire, being duly sworn according to law, deposes and says that:

1. He is the counsel for Plaintiff, the United States of America, in the above-captioned action;

2. Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, was served with the Summons and Complaint on May 5, 2005, by Certified U.S. Mail pursuant to Fed. R. Civ. P. 4(e) and Pa. R. Civ. P. 404;

3. The time within which Defendant may answer or otherwise move as to the Complaint has expired;

4. Defendant, Brenda L. Hand a/k/a Brenda L. Bryndel, is not in the military service of the United States to the best of Plaintiff's knowledge and belief; and

5. Defendant has not answered or otherwise moved and that the time for Defendant to answer or otherwise move has not been extended.

| | |
|---|---|
| *Sworn to and subscribed to before me* | McGRATH & ASSOCIATES, P.C. |
| this ___14th___ day of July, 2005. | By: _____ |
| _____ | Gary W. Darr, Esquire |
| Notary Public | PA I.D. No.: 90857 |
| | 1500 Union Bank Building |
| *My commission Expires:* | 306 Fourth Avenue |
| | Pittsburgh, Pennsylvania 15222 |
| | 412-281-4333 |

Notarial Seal
Ramae-Jane Mazza, Notary Public
City of Pittsburgh, Allegheny County
My Commission Expires May 2, 2006
Member, Pennsylvania Association of Notaries