IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-95E |
| v. ) | |
| ) | |
| BRENDA L. HAND a/k/a ) | |
| BRENDA L. BRYNDEL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRAECIPE FOR WRIT OF EXECUTION

To the Clerk of Court:

Issue writ of execution in the above matter:

| | | |
|---|---|---|
| Principal | $ | 64,909.80 |
| Interest to 07/27/05 (date of judgment) | $ | 30,686.56 |
| Interest Credit Subject to Recapture | $ | 4,668.00 |
| **Total** | $ | **100,264.36** |

plus interest from July 27, 2005 at 3.80% per annum, reasonable attorneys' fees and collection costs.

By: _____
Gary W. Darr, Esquire
McGrath & Associates, P.C.
1500 Union Bank Building,
306 4th Avenue
Pittsburgh, PA 15222-2102
Counsel for Plaintiff
United States of America
PA I.D. No. 90857

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)    C.A. No. 05-95E<br>v. )<br>)<br>BRENDA L. HAND a/k/a )<br>BRENDA L. BRYNDEL, )<br>)<br>Defendant. )<br>) | |

## WRIT OF EXECUTION

United States of America           )
Western District of Pennsylvania   )    ss:
                                   )

To the United States Marshal Western District of Pennsylvania:

    To satisfy judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

    ALL those certain pieces, parcels or lots of land situate, lying and being in the Borough of Ridgway, Elk County, Pennsylvania, bounded and described as follows, to wit:

    FIRST – BEGINNING: at a point in the south line of Powell Street forty-eight feet westerly from an iron pin at the intersection of the south line of Powell Street with the west line of Harvard Avenue; thence South two degrees thirty minutes East (S. 2° 30' E.) one hundred twenty-five (125) feet to the northern line of the proposed extension of Cardott Street, as shown on map of Slade's Subdivision of Powell's Addition to the Borough of Ridgway as surveyed by A. H. Shaffer, C. E. in May 1907; thence South eighty-seven degrees thirty minutes West (S. 87° 37' W.) along the north line of said proposed Cardott Street Extension forty-five (45) feet to the southeast corner of Lot No. 3 and the southwest corner of Lot No. 2, as shown on the hereinbefore mentioned plan of lots; thence along the eastern line of Lot No. 3, North two degrees thirty minutes West (N. 2° 30' W.) one hundred twenty-five (125) feet to a point in the south line of Powell Street; thence easterly along the southern line of Powell Street, forty-five (45) feet to the place of beginning.

    CONTAINING five thousand, six hundred twenty-five (5,625) square feet of land, more or less, and being Lot No. 2 of Slade's Subdivision of Powell's addition hereinbefore mentioned.

SECOND - BOUNDED on the North by the south line of Powell Street; on the East by land owned by Charles R. Slade; on the South by the north line of Cardott Street Extension and on the West by lot owned by C. G. Malin.

BEGINNING: at an iron pin in the south line of Powell Street at the northeast corner of Malin's lot and the northwest corner of the lot herein described; thence along Malin's east line one hundred twenty-five and one-tenth foot to the north line of Cardott Street Extension; thence along said north line of Cardott Street Extension, North eighty-seven degrees thirty minutes East (N. 87° 30' E.) ninety-two and six-tenths (92.6) feet to a post in the north line of said Cardott Street Extension; thence North two degrees thirty minutes West (N. 2° 30' W.) one hundred twenty-five (125) feet to a point in the South line of Powell Street; thence along said south line of Powell Street, South eighty-seven degrees thirty minutes West (S. 87° 30' W.) eighty-seven and two-tenths (87.2) feet to the place of beginning.

BEING Lot No. 3 of Slade's Subdivision of Lots 254 and 255 as shown on the Powell Plan of Powell's Addition to the Borough of Ridgway.

SUBJECT to all exceptions, reservations, conditions, restrictions, rights of way and easements as fully as the same are contained in all prior duly recorded deeds or duly recorded instruments, or in any other manner touching or affecting the premises hereby conveyed.

BEING the same premises which Thomas C. Detwiler and Kathleen M. Detwiler, husband and wife, by deed dated May 31, 1990 and recorded May 31, 1990 in the Recorder of Deeds Office of Elk County, Pennsylvania, in Book Volume 267, page 130, granted and conveyed unto Brenda L. Hand.

| | | |
|---|---|---:|
| Principal | $ | 64,909.80 |
| Interest to 07/27/05 (date of judgment) | $ | 30,686.56 |
| Interest Credit Subject to Recapture | $ | 4,668.00 |
| **Total** | **$** | **100,264.36** |

plus interest from July 27, 2005 at 3.80% per annum, reasonable attorneys' fees and collection costs.

Seal of the Court

CLERK OF COURT

Date _____, 2005.

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>          Plaintiff,                             )<br>                                                             )     C.A. No. 05-95E<br>     v.                                                 )<br>                                                             )<br>BRENDA L. HAND a/k/a                 )<br>BRENDA L. BRYNDEL,                  )<br>                                                             )<br>          Defendant.                          )<br>                                                             ) | |

### AFFIDAVIT

Gary W. Darr deposes and says that he is the counsel for the United States of America, and that, to the best of his knowledge, information and belief, the names and last known address of the Defendant and the owner or reputed owner of the property in question is as follows:

Brenda L. Hand a/k/a
Brenda L. Bryndel
700 Dayton Pike
Dayton, KY  41074-1623

_____
Gary W. Darr

I hereby certify, under penalty of perjury, that the foregoing is true and correct. Executed on August 4 _____, 2005.

_____
Gary W. Darr