| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See instructions for "Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>C.A. No. 05-95E |
|---|---|
| DEFENDANT<br>BRENDA L. HAND a/k/a BRENDA L. BRYNDEL | TYPE OF PROCESS<br>ATTEND MARSHAL'S SALE |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ELK COUNTY COURTHOUSE

ADDRESS (Street or RFD, Apartment No., City State and ZIP Code)
CONFERENCE ROOM (BASEMENT), MAIN STREET, RIDGWAY, PA 15853

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Gary W. Darr, Esquire
McGrath & Associates, PC
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222

Number of process to be Served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Please attend Marshal's Sale scheduled for January 30, 2006 at 11:00 a.m.

The opening bid is $7,400.00.

Signature of Attorney or other Originator requesting service on behalf of: ☒ Plaintiff ☐ Defendant
TELEPHONE NUMBER: (412) 281-4333
DATE: December 28, 2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: 108
District to Serve: 108
Signature of Authorized USMS Deputy or Clerk: [signature] 12/29/05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)
Date: 1/30/06
Time: 11:00 am
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges Including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $25.00 | $19.26 | | $44.26 | | |

REMARKS: TO ERIE @ 1-30-06
Sold to: Warren Capenos
Address: 415 Edgewood Dr.
Sarver PA. 16055
Amount: $25,500.00
Deposit: $3,000.00
Telephone#: 724-679-8208

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGEMENT OF RECEIPT |
|---|---|---|

MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the U. S. Court for the W. D. of PA at suit of the USA at C.A. No. 05-95E, I shall expose to public sale the real property of Brenda L. Hand a/k/a Brenda L. Bryndel known as 207 Powell Street, Ridgway, PA 15853, bounded and described as follows:

ALL those certain pieces, parcels or lots of land situate, lying and being in the Borough of Ridgway, Elk County, Pennsylvania, bounded and described as follows, to wit:

FIRST – BEGINNING: at a point in the south line of Powell Street forty-eight feet westerly from an iron pin at the intersection of the south line of Powell Street with the west line of Harvard Avenue; thence South two degrees thirty minutes East (S. 2° 30' E.) one hundred twenty-five (125) feet to the northern line of the proposed extension of Cardott Street, as shown on map of Slade's Subdivision of Powell's Addition to the Borough of Ridgway as surveyed by A. H. Shaffer, C. E. in May 1907; thence South eighty-seven degrees thirty minutes West (S. 87° 37' W.) along the north line of said proposed Cardott Street Extension forty-five (45) feet to the southeast corner of Lot No. 3 and the southwest corner of Lot No. 2, as shown on the hereinbefore mentioned plan of lots; thence along the eastern line of Lot No. 3, North two degrees thirty minutes West (N. 2° 30' W.) one hundred twenty-five (125) feet to a point in the south line of Powell Street; thence easterly along the southern line of Powell Street, forty-five (45) feet to the place of beginning.

CONTAINING five thousand, six hundred twenty-five (5,625) square feet of land, more or less, and being Lot No. 2 of Slade's Subdivision of Powell's addition hereinbefore mentioned.

SECOND - BOUNDED on the North by the south line of Powell Street; on the East by land owned by Charles R. Slade; on the South by the north line of Cardott Street Extension and on the West by lot owned by C. G. Malin.

BEGINNING: at an iron pin in the south line of Powell Street at the northeast corner of Malin's lot and the northwest corner of the lot herein described; thence along Malin's east line one hundred twenty-five and one-tenth foot to the north line of Cardott Street Extension; thence along said north line of Cardott Street Extension, North eighty-seven degrees thirty minutes East (N. 87° 30' E.) ninety-two and six-tenths (92.6) feet to a post in the north line of said Cardott Street Extension; thence North two degrees thirty minutes West (N. 2° 30' W.) one hundred twenty-five (125) feet to a point in the South line of Powell Street; thence along said south line of Powell Street, South eighty-seven degrees thirty minutes West (S. 87° 30' W.) eighty-seven and two-tenths (87.2) feet to the place of beginning.

BEING Lot No. 3 of Slade's Subdivision of Lots 254 and 255 as shown on the Powell Plan of Powell's Addition to the Borough of Ridgway.

SUBJECT to all exceptions, reservations, conditions, restrictions, rights of way and easements as fully as the same are contained in all prior duly recorded deeds or duly recorded instruments, or in any other manner touching or affecting the premises hereby conveyed.

BEING the same premises which Thomas C. Detwiler and Kathleen M. Detwiler, husband and wife, by deed dated May 31, 1990 and recorded May 31, 1990 in the Recorder of Deeds Office of Elk County, Pennsylvania, in Book Volume 267, page 130, granted and conveyed unto Brenda L. Hand.

TIME AND LOCATION OF SALE: January 30, 2006 at 11:00 a.m. at the Conference Room located in the Basement of the Elk County Courthouse, Main Street, Ridgway, PA 15853.

TERMS OF SALE: Successful bidder will pay ten percent (10%) by certified check and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas Fitzgerald, United States Marshal. For information visit www.resales.usda.gov or call Michelle Hartzell at (610) 775-5474.