IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | C.A. No. 05-95E |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| BRENDA L. HAND a/k/a | ) | |
| BRENDA L. BRYNDEL, | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULE OF DISTRIBUTION

Real property cried and sold to Warren Capenos, in consideration of the sum of $25,500.00.

Total bid to the United States of America, acting through Farmers Home Administration, to be applied to the within judgment as above captioned is $24,821.59. Other amounts distributed from the proceeds of the sale are set forth in detail in Exhibit "A" which is attached hereto.

_____
THOMAS FITZGERALD
United States Marshal for the
Western District of Pennsylvania

Distribution of money received from sale of real estate of Brenda L. Hand a/k/a Brenda L. Bryndel, by Thomas Fitzgerald, United States Marshal, January 30, 2006 at C.A. No. 05-95E.

                                                    Bid:        $25,500.00

U.S. Marshal's Costs..................................................$ 678.41

                                                          $   678.41

                                                          $24,821.59

**Exhibit "A"**