IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-95E |
| vs. | ) | |
| | ) | |
| BRENDA L. HAND a/k/a | ) | |
| BRENDA L. BRYNDEL, | ) | |
| | ) | |
| Defendant. | ) | |

PROOF OF PUBLICATION

SEE ATTACHMENT

                                            Respectfully submitted,

                                            MARY BETH BUCHANAN
                                            United States Attorney

                                              /s/ Gary W. Darr
                                            Gary W. Darr, Esqurie
                                            PA I.D. No. 90857
                                            McGrath & Associates, P.C.
                                            Three Gateway Center
                                            401 Liberty Avenue, 13th Floor
                                            Pittsburgh, PA 15222-2101
                                            Firm No. 025
                                            Telephone (412) 281-4333
                                            Facsimile (412) 281-2141
                                            gdarr@lenderlaw.com