OATH of PUBLICATION
In
THE ERIE TIMES-NEWS
COMBINATION EDITION

---

McGRATH & ASSOCIATES, P.C.
1500 UNION BANK BLDG
306 4TH AVE
PITTSBURGH PA   15222-2003


REFERENCE: L0001727
         0000673989 MARSHALS SALE BY VIR

STATE OF PENNSYLVANIA)
COUNTY OF ERIE       )    SS:

James E. Dible being duly sworn, deposes and says
that he is the Publisher of the Times Publishing
Company, which publishes: the
Erie Times-News, established October 2, 2000, a
daily newspaper of general circulation, successor,
by consolidation, of the Morning News, established
January 1957, and
the Erie Daily Times, established April 1888,
daily newspapers of general circulation, and
published at Erie, Erie County, Pennsylvania, and
that the notice of which the attached is a copy
published, in the regular editions of said
newspaper of the dates referred to below.
Affiant further deposes that he is duly authorized
by the TIMES PUBLISHING COMPANY, publisher of The
Erie Times-News to verify the foregoing statement
under oath, and affiant is not interested in the
subject matter of the aforesaid notice or
advertisement, and that all allegations in the
foregoing statement as to time, place and
character of publication are true.

PUBLISHED ON: 12/30 01/06 01/13 01/20



TOTAL COST:   736.00              AD SPACE: 73 LINE
FILED ON:     01/20/06

---

Sworn to and subscribed before me this
20th day of January    2006   Affiant: _James E. Dible_
NOTARY: _Kelly Woodworth_

**NOTARIAL SEAL**
KELLY J. WOODWORTH, NOTARY PUBLIC
ERIE, ERIE COUNTY, PENNA.
MY COMMISSION EXPIRES ON OCT. 24, 2009

---

MARSHAL'S SALE: By virtue of a Writ of Execution issued out of the U.S. Court of the W.D. of PA at suit of the USA at C.A. No. 05-95E, I shall expose to public sale the real property of Brenda L. Hand a/k/a Brenda L. Bryndel known as 207 Powell Street, Ridgway, PA 15853, and further described in the Deed recorded with the Office of the Elk County Recorder of Deeds in Deed Book Volume 267, at page 130. TIME AND LOCATION OF SALE: January 30, 2006 at 11:00 a.m. at the Conference Room located in the Basement of the Elk County Courthouse, Main Street, Ridgway, PA 15853. TERMS OF SALE: Successful bidder will pay ten percent (10%) by cashier's check, certified check or bank money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. Notice is hereby given that a Schedule of Distribution will be filed by the Marshal's Office on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. The successful bidder takes the real estate subject to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority. Marshal's costs, fees and commissions are to be borne by seller. Thomas Fitzgerald, United States Marshal. For information visit www.-re-sales.usda.gov or call Michelle Hartzell at (610) 775-5474.
(12-673989-NT-30-6-13-20)