IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | C.A. No. 05-95E |
| vs. | ) | |
| | ) | |
| BRENDA L. HAND a/k/a | ) | |
| BRENDA L. BRYNDEL, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SERVICE OF
## NOTICE OF MARSHAL'S SALE OF REAL ESTATE

I, Gary W. Darr, Esquire, Attorney for Plaintiff, **United States of America**, being duly sworn according to law, deposes and makes the following Affidavit regarding service of the Notice of Marshal's Sale of Real Estate, on all persons named in Paragraphs 1 through 7 of Plaintiff's Affidavit of Lienholders and Parties in Interest as follows:

1. On October 24, 2005, the U.S. Marshal for the Western District of Pennsylvania served Defendant, **Brenda L. Hand a/k/a Brenda L. Bryndel** with a Notice of Marshal's Sale of Real Estate at 700 Dayton Pike, Dayton, Kentucky 41074-1623, as evidenced by the Marshal's Process Receipt and Return form which has been filed in the above-captioned case, a copy of which is marked **Exhibit "A,"** attached hereto and made a part hereof.

2. On November 30, 2005, undersigned counsel served the following Lien Holders and Parties in Interest with an Amended Notice of Marshal's Sale of Real Estate by ordinary mail at the addresses set forth below. The original U.S. Postal Service Certificates of Mailing which evidence service of the Notice of Marshal's Sale of Real Estate are marked **Exhibit "B,"** attached hereto and made a part hereof.

National City Bank
20 Stanwix Street
Pittsburgh, PA 15222

Elk County Tax Claim Bureau
Elk County Courthouse Annex
P.O. Box 448
Ridgway, PA 15853

Domestic Relations
Elk County Courthouse
P.O. Box 305
Ridgway, PA 15853

Elk County Assessment Office
Elk County Courthouse
250 Main Street, P.O. Box 448
Ridgway, PA 15853

Donna Matheson, Tax Collector
P.O. Box 114
200 Mill Street
Ridgway, PA 15853

Elk County Treasurer
Elk County Courthouse
250 Main Street, P.O. Box 448
Ridgway, PA 15853

The Borough of Ridgway
108 Main Street
Ridgway, PA 15853

Occupant
207 Powell Street
Ridgway, PA 15853

I verify that the facts contained in this Affidavit are true and correct based upon my personal knowledge, information and belief.

MARY BETH BUCHANAN
United States Attorney


    /S/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Firm No. 025
Telephone (412) 281-4333
Facsimile (412) 281-2141

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 9, 2006.

/S/ Gary W. Darr
Gary W. Darr, Esquire
Attorney for the United States of America