Image-dominant page



EXHIBIT B

