IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | C.A. No. 05-95E |
| ) | |
| BRENDA L. HAND a/k/a ) | |
| BRENDA L. BRYNDEL, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**<u>AFFIDAVIT OF LIENHOLDERS AND PARTIES IN INTEREST</u>**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA } | |
| } | SS: |
| COUNTY OF ALLEGHENY } | |

**The United States of America,** Plaintiff in the above action, sets forth as of the date the Praecipe for the Writ of Execution was filed the following information concerning the real property of Defendant, **Brenda L. Hand a/k/a Brenda L. Bryndel,** located at 207 Powell Street, Ridgway, Pennsylvania 15853 and is more fully described as follows:

ALL those certain pieces, parcels or lots of land situate, lying and being in the Borough of Ridgway, Elk County, Pennsylvania, bounded and described as follows, to wit:

FIRST – BEGINNING: at a point in the south line of Powell Street forty-eight feet westerly from an iron pin at the intersection of the south line of Powell Street with the west line of Harvard Avenue; thence South two degrees thirty minutes East (S. 2° 30' E.) one hundred twenty-five (125) feet to the northern line of the proposed extension of Cardott Street, as shown on map of Slade's Subdivision of Powell's Addition to the Borough of Ridgway as surveyed by A. H. Shaffer, C. E. in May 1907; thence South eighty-seven degrees thirty minutes West (S. 87° 37' W.) along the north line of said proposed Cardott Street Extension forty-five (45) feet to the southeast corner of Lot No. 3 and the southwest corner of Lot No. 2, as shown on the hereinbefore mentioned plan of lots; thence along the eastern line of Lot No. 3, North two degrees thirty minutes West (N. 2° 30' W.) one

hundred twenty-five (125) feet to a point in the south line of Powell Street; thence easterly along the southern line of Powell Street, forty-five (45) feet to the place of beginning.

CONTAINING five thousand, six hundred twenty-five (5,625) square feet of land, more or less, and being Lot No. 2 of Slade's Subdivision of Powell's addition hereinbefore mentioned.

SECOND - BOUNDED on the North by the south line of Powell Street; on the East by land owned by Charles R. Slade; on the South by the north line of Cardott Street Extension and on the West by lot owned by C. G. Malin.

BEGINNING: at an iron pin in the south line of Powell Street at the northeast corner of Malin's lot and the northwest corner of the lot herein described; thence along Malin's east line one hundred twenty-five and one-tenth foot to the north line of Cardott Street Extension; thence along said north line of Cardott Street Extension, North eighty-seven degrees thirty minutes East (N. 87° 30' E.) ninety-two and six-tenths (92.6) feet to a post in the north line of said Cardott Street Extension; thence North two degrees thirty minutes West (N. 2° 30' W.) one hundred twenty-five (125) feet to a point in the South line of Powell Street; thence along said south line of Powell Street, South eighty-seven degrees thirty minutes West (S. 87° 30' W.) eighty-seven and two-tenths (87.2) feet to the place of beginning.

BEING Lot No. 3 of Slade's Subdivision of Lots 254 and 255 as shown on the Powell Plan of Powell's Addition to the Borough of Ridgway.

SUBJECT to all exceptions, reservations, conditions, restrictions, rights of way and easements as fully as the same are contained in all prior duly recorded deeds or duly recorded instruments, or in any other manner touching or affecting the premises hereby conveyed.

BEING the same premises which Thomas C. Detwiler and Kathleen M. Detwiler, husband and wife, by deed dated May 31, 1990 and recorded May 31, 1990 in the Recorder of Deeds Office of Elk County, Pennsylvania, in Book Volume 267, page 130, granted and conveyed unto Brenda L. Hand.

1.    The name and address of the owner(s) or reputed owner(s):

Brenda L. Hand a/k/a
Brenda L. Bryndel
700 Dayton Pike
Dayton, Kentucky 41074-1623

2. The name and address of the defendant(s) in the judgment:

Brenda L. Hand a/k/a
Brenda L. Bryndel
700 Dayton Pike
Dayton, Kentucky 41074-1623

3. The name and last known address of every judgment creditor whose judgment is a record lien on the real property to be sold:

| | |
|---|---|
| The United States of America [PLAINTIFF] | The Borough of Ridgway 108 Main Street Ridgway, PA 15853 |

4. The name and address of the last record holder of every mortgage of record:

| | |
|---|---|
| The United States of America [PLAINTIFF] | National City Bank 20 Stanwix Street Pittsburgh, PA 15222 |

5. The name and address of every other person who has any record lien on the property:

[NONE]

6. The name and address of every other person who has any record interest in the property and whose interest may be affected by the sale:

| | |
|---|---|
| Donna Matheson, Tax Collector P.O. Box 114 200 Mill Street Ridgway, PA 15853 | Domestic Relations Elk County Courthouse P.O. Box 305 Ridgway, PA 15853 |
| Elk County Tax Claim Bureau Elk County Courthouse Annex P.O. Box 448 Ridgway, PA 15853 | Elk County Tax Assessment Office Elk County Courthouse 250 Main Street, P.O. Box 448 Ridgway, PA 15853 |
| Elk County Treasurer Elk County Courthouse 250 Main Street, P.O. Box 448 Ridgway, PA 15853 | |

7. The name and address of every other person whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale:

Occupant
207 Powell Street
Ridgway, PA  15853

I verify that the statements made in the Affidavit are true and correct to the best of my personal knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

MARY BETH BUCHANAN
United States Attorney

/S/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
McGrath & Associates, P.C.
Three Gateway Center
401 Liberty Avenue, 13th Floor
Pittsburgh, PA 15222-2101
Firm No. 025
Telephone (412) 281-4333
Facsimile (412) 281-2141

I hereby declare, under penalty of perjury, that the foregoing is true and correct. Executed on January 9, 2006.

/S/ Gary W. Darr
Gary W. Darr, Esquire
Attorney for the United States of America